IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00263-CMA-MJW

ELISEO BANUELOS,

Plaintiff(s),

v.

JARED WEEKS, et al

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendants' Motion for Protective Order (docket no. 17) is GRANTED.  The written Stipulated Protective Order (docket no. 17-2) is APPROVED as amended in paragraph 3 and made an Order of Court.

Date:  May 7, 2009