**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00263-CMA-MJW

ELISEO BANUELOS,

    Plaintiff,

v.

JARED WEEKS,
CHRIS ONDERLINDE, and
THE CITY OF GREELEY,

    Defendants.
_____

**ORDER ON STIPULATED MOTION TO DISMISS OFFICER JARED WEEKS AND OFFICER CHRIS ONDERLINDE IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES WITH PREJUDICE AND TO DISMISS PLAINTIFF'S SECOND CAUSE OF ACTION WITH PREJUDICE**
_____

THIS MATTER coming before this Court on the Stipulated Motion to Dismiss Officer Jared Weeks and Officer Chris Onderlinde in their Individual and Official Capacities with Prejudice and to Dismiss Plaintiff's Second Cause of Action with Prejudice (Doc. # 23), and the Court, having duly considered and reviewed the pleadings and being otherwise advised in the premises hereof:

HEREBY ORDERS:

    1.    Defendants, Jared Weeks and Chris Onderlinde are hereby dismissed with prejudice from this action in their individual and official capacities.

    2.    Plaintiff's Second Cause of Action in this matter, titled "Intentional Discrimination" is hereby dismissed with prejudice.

3. All future pleadings shall reflect the City of Greeley as the sole Defendant in this action.

4. Plaintiff's First and Third Causes of Action remain to the extent those can be brought against the remaining Defendant City of Greeley.

DATED: July 29, 2009.

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Judge