IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00263-CMA-MJW

ELISEO BANUELOS,

    Plaintiff,

v.

THE CITY OF GREELEY,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion To Dismiss Case With Prejudice (Doc. # 25).  The Court having considered the Motion To Dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

DATED:  August  17 , 2009

                                            BY THE COURT:

                                            *Christine M Arguello*
                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge